In the Matter of TIFFANEY E. DAVIS, Appellant, v NATHANIEL DAVIS, SR., Respondent. [885 NYS2d 706]—Appeal from an order of the Family Court, Onondaga County (Charles J. Major, J.H.O.), entered October 3, 2008 in a proceeding pursuant to Family Court Act article 6. The order denied the petition seeking permission for the parties' child to relocate with petitioner to Virginia.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Dukes v McPherson*, 50 AD3d 1529 [2008]). Present—Scudder, P.J., Smith, Carni, Pine and Gorski, JJ.